IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01972-LTB-BNB

NAOMI ST. JOHN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 18, filed February 14, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 28, 2014**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **Aril 28, 2014**;

Discovery Cut-off:             **May 28, 2014**.

DATED:  February 18, 2014