IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01972-LTB-BNB

NAOMI ST. JOHN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Renewed Second Joint Motion to Amend Scheduling Order** [docket no. 27, filed March 27, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> Expert Witness Disclosures:
> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 14, 2014**;
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 12, 2014**;

| | |
|---|---|
| Discovery Cut-off: | **June 11, 2014**; |
| Dispositive Motion Deadline: | **July 1, 2014**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for August 8, 2014, is **vacated and reset to September 4, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **August 28, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: March 28, 2014