IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01972-LTB-BNB

NAOMI ST. JOHN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)   The **Fourth Joint Motion to Amend Scheduling Order** [Doc. # 41, filed 8/4/2014] is GRANTED;

(2)   The discovery cut-off is extended to and including October 15, 2014, solely to allow for the depositions of Sarah Hardman, Naomi St. John, and Joseph D. Gifford; and

(3)   No further extensions will be granted.

DATED:  August 5, 2014