IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No.  13-cv-01972-LTB-KLM

NAOMI ST. JOHN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

ORDER ON DECEMBER 19, 2014 HEARING
_____

    This matter came before the Court at a hearing held on December 19, 2014 at 9:00 a.m.  As discussed with counsel at the hearing, the Court orders as follows:

1.     Defendant's oral motion to continue the January 26, 2015 trial setting is GRANTED.  Trial is reset for March 2, 2015 at 9:00 a.m.  Trial will be before a jury.  The Court has reserved five (5) days for trial.

2.     A motions hearing is set for January 26, 2015 at 9:00 a.m., at which time the Court will address pending motions under Federal Rule of Evidence 702.  At this time the Court will also hold a trial preparation conference.

[CONTINUED ON NEXT PAGE]

3.  The parties shall submit their exhibit lists, witness lists, as well as proposed voir dire questions, jury instructions, and verdict forms by January 22, 2015 at noon.  The parties shall confer and submit only a single set of proposed jury instructions in accordance with the Court's instructions at the hearing.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: December  22 , 2014